# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:19-cr-00099 |
| | : | |
| | : | (Judge Rambo) |
| v. | : | |
| | : | (Chief Magistrate Judge Schwab) |
| | : | |
| JASON DESHIELDS, | : | |
| | : | |
| Defendant . | : | |

## ORDER
April 27, 2020

For the reasons set forth in the Memorandum filed concurrently with this Order, **IT IS ORDERED** that defendant Deshields's motion for pretrial release (*doc. 34*) is **DENIED**.

*S/Susan E. Schwab*
Susan E. Schwab
Chief United States Magistrate Judge