IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : Crim No. 1:19-CR-099 |
| | : |
| v. | : |
| | : |
| **JASEAN DESHIELDS** | : Judge Sylvia H. Rambo |

**O R D E R**

AND NOW, this 14th day of April, 2021, upon motion of Defendant Jasean Deshields to suppress evidence, for severance of the offenses, and to reveal the identity of the confidential informant (Doc. 49) **IT IS HEREBY ORDERED** that the motion is **DENIED** for the reasons set forth in the accompanying memorandum.

*s/Sylvia H. Rambo*
SYLVIA H. RAMBO
United States District Judge