# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : CRIMINAL NO. 1:19-CR-99 |
| v. | : (Judge Conner) |
| **JASEAN DESHIELDS,** | : |
| **Defendant** | : |

## ORDER

AND NOW, this 14th day of September, 2021, upon consideration of defendant's motion (Doc. 82) *in limine* pursuant to Federal Rule of Evidence 609(a)(1) to exclude evidence of certain prior convictions at his upcoming jury trial, as well as the parties' respective briefs in support of and in opposition thereto, and for the reasons stated in the accompanying memorandum, it is hereby ORDERED that defendant's motion (Doc. 82) is DEFERRED until trial.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania